UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-21806-Civ-COOKE/WHITE

JAVIER GARCIA,

    Petitioner
vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to Administrative Order 2003-10 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. On June 3, 2010, Judge White issued a Report recommending that the 2255 Petition be denied. I have considered Judge White's Report and Recommendations, as well as the Mr. Garcia's Objections, and have made a *de novo* review of the record. I find Judge White's Report and Recommendation clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report and Recommendation [ECF No. 23] is **AFFIRMED and ADOPTED**. The Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED**, consistent with Judge White's Report and Recommendation. All other motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of November 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Javier Garcia*, pro se
*Counsel of record*